

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2016

No. 04-16-00617-CV

**IN RE L.D. BRINKMAN INVESTMENT CORPORATION,** L.D. Brinkman, Jr.,
Pamela Brinkman Stone, and Charles Thomas

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

On September 26, 2016, relators filed a petition for writ of mandamus. This court is of the tentative opinion that relators are entitled to the relief sought. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than October 19, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 27, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. P15-173, styled *Estate of Lloyd Donald Brinkman, Deceased*, pending in the County Court at Law, Kerr County, Texas, the Honorable Tom Pollard presiding.